IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAN BUNKERING (AMERICA), INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION 19-0415-TFM-MU |
| EPIC ARAPAHO, *in rem*, EPIC DIVING & MARINE SERVICES, LLC, *in personam*, EIPIC COMPANIES, LLC, *in personam*, | ) ) ) ) ) | In Admiralty In Personam In Rem |
| Defendants. | ) | |

**WARRANT FOR ARREST OF VESSEL**

THE PRESIDENT OF THE UNITED STATES TO THE MARSHAL OF SAID DISTRICT OR ANY HIS DEPUTIES:

WHEREAS, a Verified Complaint has been filed in the United States District Court for the Southern District of Alabama, Southern Division, on the 22nd day of July, 2019, by Dan Bunkering (America) Inc., against the EPIC ARAPAHO, IMO NO. 8757958, a vessel currently within this District and the jurisdiction of this court, upon an admiralty and maritime lien for certain necessary services provided to said vessel, and praying for process of warrant for arrest of said vessel; and

WHEREAS, this court, after due consideration, has signed an Order for issuance for a warrant of arrest of the vessel.

NOW, THEREFORE, YOU ARE HEREBY COMMANDED to arrest, seize, take and safely keep the vessel EPIC ARAPAHO, its hull and appurtenances, now

lying moored in Mobile, Alabama, and are to detain the same in your custody until further order of this court respecting the same.

A claimant of the property that is the subject of any action in rem shall file their claim with the Clerk of Court within fourteen (14) days after the execution of this process or within such additional time as may be allowed by this court, and must serve their answer within twenty-one (21) days after the filing of their claim.

YOU ARE FURTHER COMMANDED to file this process in this Court with your return promptly after the execution thereof.

WITNESS the Honorable Terry F. Moore, United States District Judge for the Southern District of Alabama, Southern Division, and the seal of this said Court at this City of Mobile, Alabama, this 22nd day of July, 2019.



CHARLES R. DIARD, JR., CLERK

By: *Mary Ann Boyles*
      Deputy Clerk