IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAN BUNKERING (AMERICA) INC., <br><br> Plaintiff, <br><br> v. <br><br> EPIC ARAPAHO *in rem* <br> EPIC DIVING & MARINE SERVICES LLC *in personam* <br> EPIC COMPANIES, LLC *in personam*, <br><br> Defendant. | Case No.: 19-cv-00415-TFM-MU |

## NOTICE OF DISMISSAL *WITHOUT PREJUDICE*

Plaintiff Dan Bunkering (America) Inc., by and through undersigned counsel, files this Notice of Dismissal *Without Prejudice*, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, dismissing all claims against Defendants *without* prejudice.  None of the Defendants have filed or served an answer or motion for summary judgment.  The U.S. Marshal's Office was unable to seize the EPIC ARAPAHO vessel, as she is no longer in this district.  Plaintiff will be re-filing their Complaint in the Eastern District of Louisiana. Accordingly, all claims asserted against Defendants in this action are hereby dismissed without prejudice.

Dated: July 25, 2019

Respectfully submitted by:

**ADAM AND REESE LLP**

*/s/ Neal C. Townsend*
NEAL C. TOWNSEND (Bar # TOWNN0210)
11 North Water Street, Suite 23200
Mobile, Alabama 36602

>Tel: (251) 433-3234
>Fax: (251) 438-7733
>Email: neal.townsend@arlaw.com
>***Attorney for Dan Bunkering (America) Inc.***